# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HOPE DAVILA,

V.                    **SUMMONS IN A CIVIL CASE**

HUGH DOUGLAS,

CASE NUMBER: **3:14–CV–00569–JCH**

TO: **Hugh Douglas**
Defendant's Address:        534 Maison Place
                             Bryn Mawr, PA  19010

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nina Therese Pirrotti**
**Garrison Levin–Epstein Richardson Fitzgerald & Pirrotti PC**
**405 Orange St.**
**New Haven, CT 06511**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – P. Malone**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2014–04–29 11:06:00.0**, Clerk
USDC CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Nina Pirrotti SBN ct26792<br>Garrison, Levin-Epstein, Richardson, Fitzgerald &<br>405 Orange Street<br>New Haven CT 06511<br>ATTORNEY FOR      Plaintiff | | TELEPHONE NUMBER<br>2037774425<br><br>Ref. No. or File No.<br>Davila | FOR COURT USE ONLY |
|---|---|---|---|
| UNITED STATES DISTRICT COURT - DISTRICT OF CONNECTICUT, NEW HAVEN<br>141 Church St<br>New Haven, CT 6510 | | | |
| SHORT TITLE OF CASE:<br>Davila, Hope   v. Douglas, Hugh | | | |
| INVOICE NO.       DATE:       TIME:<br>975129 | | DEP./DIV. | CASE NUMBER:<br>3:14-cv-00569-JCH |

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ. P 4(c) and that I served the:

Summons In A Civil Action, Complaint, Demand for Jury Trial, Notice of Appearance, Certificate of Service, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Notice to Counsel and Pro Se Parties, Order RE: Disclosure Statement, Tips for Successful CM/ECF eFiling, ;

On: Hugh Douglas

At:820 Bear Tavern Road Suite 304
   West Trenton, NJ 08628

I left the Summons at the individual's usual place of business with:

Andrew Ferencevych
Whose title is: Associate attorney, a person apparently in charge at the office or usual place of business of the person to be served .

On: 5/2/2014                        At: 01:20 PM

A declaration of mailing is attached

Person who served papers
   a. Name: Ronald Tucker
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was:
   e. I am:
   (3) [X] a registered NJ process server:
         (i) [X] Independent Contractor
         (ii) Registration No.:

CONTINUED ON NEXT PAGE

| PLAINTIFF/PETITIONER: Hope Davila<br>DEFENDANT/RESPONDENT: Hugh Douglas | CASE NUMBER:<br>3:14-cv-00569-JCH |
|---|---|

(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/7/2014

Ronald Tucker

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16

**Declaration of Service**