UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HOPE DAVILA,** | : | **CIVIL ACTION NO:** |
| **Plaintiff,** | : | **3:14-cv-569 (JCH)** |
| v. | : | |
| **HUGH DOUGLAS,** | : | |
| **Defendant.** | : | **July 7, 2015** |

**JOINT STATUS REPORT**

Per the Court's order of June 26, 2015, the parties respectfully submit this Joint Status Report.

Discovery in this matter closed on July 1, 2015.  (Dkt. No. 46.)  Neither party filed a dispositive motion, which was also due on July 1.  (Entry following Dkt. No. 46.)

The Defendant served an Offer of Judgment on July 3, 2015.

The parties respectfully ask the Court to schedule a date for trial.  The parties' counsel are presently available for trial from September 1 to 11 and October 12 to 16.  The parties do not anticipate that the presentation of evidence will take more than one week.

\* \* \*

**THE PLAINTIFF,**

By:  */s/ Nina T. Pirrotti*
Nina T. Pirrotti  *(ct26792)*
GARRISON, LEVIN-EPSTEIN, RICHARDSON,
 FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT  06511
Tel.:  (203) 777-4425
Fax:  (203) 776-3965
Email:  npirrotti@garrisonlaw.com

**THE DEFENDANT,**

By:  */s/ J.S. Furlong*
John S. Furlong  *(Pro Hac Vice No. 06831)*
FURLONG AND KRASNY
Mountain View Office Park
820 Bear Tavern Road, Suite 304
West Trenton, NJ  08628
Tel.:  (609) 882-0288
Fax:  (609) 883-2551
Email:  jfurlong@furlongandkrasny.com

**CERTIFICATION**

  I HEREBY CERTIFY that on this  7th   day of July, 2015, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                 /s/ Nina T. Pirrotti
                Nina T. Pirrotti