UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOPE DAVILA : | |
|     Plaintiff : | CIVIL ACTION NO. |
| v. : | 3:14CV569 (JCH) |
| : | |
| HUGH DOUGLAS : | DECEMBER 4, 2015 |
|     Defendant : | |

## NOTICE TO COUNSEL/PRO SE PARTIES

The above-entitled case was reported to the Court on 12/2/2015 to be settled.

Accordingly, an order of dismissal will be entered and the case will be closed on March 11, 2016 without further notice to counsel/parties, unless otherwise notified by counsel/parties prior to that date.

Dated at New Haven, Connecticut this 4th day of December, 2015.

ROBIN D. TABORA, CLERK

By: /s/
Diahann Lewis
Deputy Clerk